

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,564-01

### EX PARTE JABARI CAIN CLARK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2017-566-C2A IN THE 54TH DISTRICT COURT
### FROM McLENNAN COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). The trial court entered findings of fact and conclusions of law and recommends that habeas relief be denied. The findings state that trial counsel supplied an affidavit, but the affidavit is not in the habeas record provided to this Court. The trial court shall order the District Clerk of McLennan County to supplement the habeas record to this Court with a copy of the affidavit, which supplement shall be made within thirty days of the date of this order. This application will be held in abeyance until this supplement is received by this Court.

Filed:   July 3, 2019

Do not publish